**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Timothy James PITTMAN,**
**Defendant–Appellant.**

No. 09–40831
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 4, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

---

Rene C. Flores, Corpus Christi, TX, for Defendant–Appellant.

Before JOLLY, GARZA and STEWART, Circuit Judges.

PER CURIAM: \*

The attorney appointed to represent Timothy James Pittman has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Pittman has filed a response. Our independent review of the record, counsel's brief, and Pittman's response discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

\* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.